Attorney, Robert T. Myers, for
Plaintiffs, Mary Lee wife of/and Kevin Lee

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge:  Charles R. Breyer |
| Mary Lee wife of/and Kevin Lee<br>                    **Plaintiffs**<br>-versus-<br>Pfizer, Inc.<br>                    **Defendant** | 3:06-cv-02871-CRB<br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. LAE206-27** |

Come now the Plaintiffs and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiffs or a representative of Plaintiffs attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court, Northern District of California, MDL 1699 In re Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation.

DATED: July 10, 2006        YOUNG RICHAUD & MYERS

                        By: _____
                             ROBERT T. MYERS
                             Attorney for Plaintiffs, Mary Lee wife of/and Kevin Lee


DATED: July __, 2006        GORDON & REES

                        By: _____
                             STUART M. GORDON
                             Attorneys for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 18, 2006      _____
                                 HON. CHARLES R. BREYER
                                 United States District Court

